IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SMART LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| | ) | NO. 25 C 4776 |
| vs. | ) ) | |
| | ) | JUDGE LASHONDA A. HUNT |
| R.G.H. HEATING & COOLING, INC., an Illinois corporation, | ) ) ) | |
| Defendant. | ) | |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

Plaintiffs, by their attorneys, and pursuant to Federal Rule of Civil Procedure Rule 55(b), move for entry of judgment by default against Defendant, R.G.H. HEATING & COOLING, INC., an Illinois corporation, in the total amount of $15,465.98, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $2,228.25.

On May 5, 2025, the Summons and Complaint was served on the Registered Agent by tendering a copy of said documents to him personally at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on May 27, 2025. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment pursuant to F.R.Civ.P. Rule 55(b).

                                                                                            /s/ Catherine M. Chapman

Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL 60606-5250
Bar No.: 6204046
Telephone: 312/216-2565
Facsimile: 312/236-0241
E-Mail: cchapman@baumsigman.com
i:\265j\r.g.h. heating\#31150\motion for entry of default and judgment.cmc.df.docx

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 2nd day of June 2025:

      Mr. Jonathan T. Linnemeyer, Registered Agent
      R.G.H. Heating & Cooling, Inc.
      1001 Warrenville Road, Suite 500
      Lisle, IL   60532-4306

      Ms. Sandra L. Shines, President
      R.G.H. Heating & Cooling, Inc.
      13802 Washington Street, A
      Woodstock, IL   60098-9489

                /s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6204046
Telephone: 312/216-2565
Facsimile: 312/236-0241
E-Mail: cchapman@baumsigman.com

i:\265j\r.g.h. heating\#31150\motion for entry of default and judgment.cmc.df.docx